IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DUANNE PIERCE | CRIMINAL NO.  22-79-01 |

## ORDER

**AND NOW,** this 21st day of April 2025, upon consideration of Defendant Duanne Pierce's *pro se* Motion for Reduction of Sentence and the government's response thereto, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 306] is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum opinion. There is no basis for the issuance of a certificate of appealability.[1]  This case remains **CLOSED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).